## Shender, Appellant, *v.* Philadelphia.

Argued November 11, 1953.    Before STERN, C. J., STEARNE, JONES, BELL and CHIDSEY, JJ.

598

*Edward Unterberger,* for appellant.

*James L. Stern,* Assistant City Solicitor, with him *Matthew W. Bullock, Jr.,* Assistant City Solicitor, and *Abraham L. Freedman,* City Solicitor, for appellee.

OPINION PER CURIAM, January 4, 1954:

The order of the court below dismissing plaintiff's complaint is affirmed, at the cost of appellant, on the opinion of Judge CRUMLISH.